UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN BRENNER, | : | |
| | : | |
| Plaintiff, | : | NO.: 3: 20-CV- 496 (VLB) |
| | : | |
| v. | : | |
| | : | |
| JAMES ROVELLA, Commissioner, | : | |
| Connecticut Department of Emergency Services | : | |
| and Public Protection, in his official and individual: | | |
| Capacity, | : | |
| | : | |
| Brin Warenda, Connecticut State licensing and | : | |
| Firearms Unit of DESPP, in her individual capacity | : | |
| And individual: | : | |
| | : | |
| Frank Blando, Chairman, Connecticut State Board | : | |
| of Firearms Permit Examiners, in his official and | : | |
| individual capacity, | : | |
| | : | |
| Kyle Overturf, Secretary, Connecticut State Board | : | |
| of Firearms Permit Examiners, in his Official | : | |
| Capacity and individual capacity, and | : | |
| | : | |
| Alessandro Giannone, Sergeant of | : | |
| the SFLU of the DESPP, in his individual and | : | |
| official capacity. | : | |
| | : | |
| Defendants. | : | April 22, 2020 |

**STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure the Plaintiff and Defendants hereby stipulate to the Voluntary Dismissal, with prejudice and without costs to any party, of the claims against the defendants as asserted in the Complaint by John Brenner in the above captioned civil action.

FOR PLAINTIFF, John Brenner

_____/s/_____
Robert M. Berke, Esq.
640 Clinton Avenue
Bridgeport, CT 06606
203 332-6000
203 332-0661 fax
CT Bar No. 22117
robertberke@optonline.net

FOR THE DEFENDANTS,

_____/s/_____
DeAnn S. Varunes, Esq.
Assistant Attorney General
Office of the Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105
860-808-5450
860-808-5591 fax
CT Bar No. 25903
DeAnn.Varunes@ct.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the

Court's CM/ECF System.

/s/

_____
Robert Berke - ct 22117